FILED

# UNITED STATES DISTRICT COURT
для the
Eastern District of Virginia

2018 MAR -6 P 4: 51

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 1:18sw 113
)
Information Associated with an Account )
at Twitter, Inc., 1355 Market Street, Suite 900, )
San Francisco, California )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

information associated with account 4095192443, stored at the premises of Twitter, Inc., with offices at 1355 Market Street, Suite 900, in San Francisco, CA

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of a crime contained in records associated with the user account further described in Attachment A.

**YOU ARE COMMANDED** to execute this warrant on or before _____March 8, 2018_____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Michael S. Nachmanoff_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

/s/
Michael S. Nachmanoff
Date and time issued: 02/22/2018 @ 11:30am   United States Magistrate Judge
*Judge's signature*

City and state:  Alexandria, VA   Michael S. Nachmanoff, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:18sw 113 | Date and time warrant executed: 2/27/18 2:30 PM | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: N/A | | |

Inventory of the property taken and name of any person(s) seized:

- Subscriber information
- IP Audit
- Tweets
- Direct Messages
- Group Direct Messages
- Device information
- Profile Descriptions

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/27/18

*Executing officer's signature*

Nicholas Carter, Special Agent FBI
*Printed name and title*

## ATTACHMENT A (Twitter, Inc.)

A. Twitter, Inc. personnel shall isolate the information associated with the Twitter accounts associated with User ID **4095192443**, and provide in electronic form to the agent who serves the search warrant an exact duplicate of that information. This information includes:

- All profile and contact information for the account, including contact e-mail addresses; passwords; security questions and answers; physical addresses; telephone numbers, screen names; and other personal identifiers;

- All information about the length of service (including the start and end dates) for the account, and the type of service utilized through such account;

- All information about the use of the account, including any Service Set Identifier (commonly known as the SSID), account settings; IP logs; activity logs; and all other documents showing posts and other Twitter activities;

- All posts, and all links to any articles, photos, videos or other items sent or received or linked to the account;

- All communications and messages made or received by users of the account, including private messaging, and records of all IP addresses that accessed or contacted the account;

- All records pertaining to communications between Twitter and any person regarding the users of the account, including contacts with support services and records of actions taken.

B. Law enforcement personnel will thereafter review all information and records received from the Twitter, Inc. employees to determine the information to be seized by law enforcement personnel. The information to be seized consists of information that constitutes evidence related to the attempt to provide material support to a designated terrorist organization, in violation of 18 U.S.C. § 2339B, and/or the possession of child pornography, in violation of 18 U.S.C. § 2252, including records relating to the identities of those who created, used, or communicated with the account.